# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Approximately 518,172.92 USD in Bank Funds Seized from Wells Fargo Bank Account 4455<br>PLAINTIFF(S)<br>DEFENDANT(S). | CASE NUMBER<br><br>2:19-cv-07048 CAS(RAOx)<br><br>ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

__August 15, 2019__    _R. Gary Klausner_ (signed)
Date    United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date    United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:18-cv-06742 RGK(PJWx)__ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Oliver__ to Magistrate Judge __Walsh__.

On all documents subsequently filed in this case, please substitute the initials __RGK(PJWx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:19-cv-07048 RGK(PJWx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*  [ ] *Statistics Clerk*

CV-34 (03/19)    **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)**