# VERIFICATION OF CLAIM

  I, Scott Spear, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.


Executed on _November 15, 2019_    _/s/ Scott Spear_
                Scott Spear