Gary S. Lincenberg – State Bar No. 123058
　glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
　aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
　gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for John Brunst

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>APPROXIMATELY $518,172.92 IN BANK FUNDS SEIZED FROM WELLS FARGO BANK ACCOUNT '4455,<br><br>　　　　Defendant. | CASE NO. 2:19-cv-07048-RGK-PJW<br><br>**JOHN BRUNST'S VERIFIED CLAIM AND STATEMENT OF INTEREST**<br><br>Assigned to Hon. R. Gary Klausner, Courtroom 850 |

3617636.1

1    Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Claimant John Brunst ("Claimant") hereby submits this Verified Claim asserting ownership interests in seized funds.

    On August 13, 2019, a Verified Complaint for Forfeiture ("Complaint") was filed in the United States District Court for the Central District of California by the United States of America seeking the forfeiture of the following funds (referred to as the "Subject Funds"):

- Approximately $518,172.92 In Bank Funds Seized From Wells Fargo Bank Account '4455.

(See Dkt. 1.)

    Claimant hereby asserts his ownership interests in the entirety of the Subject Funds.  Claimant is a stockholder in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

    Claimant is a third-party beneficiary of a series of contracts entered into in April 2015 among the Medalist subsidiaries and:  Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other affiliates of Borrowers (collectively, "Guarantors"), as set forth in greater detail in the claim filed by Medalist and its subsidiaries.  Claimant has the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors.  Those obligations are secured by security interests in the assets of Pledgors (the "Collateral").  On information and belief, the Subject Funds are a part of the Collateral.  On information and belief, the sums owed for advancement and indemnification exceed the value of the Collateral.

The security interests in the Collateral securing the obligations to Claimant constitute legally recognizable interests in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds.  Accordingly, Claimant has a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in such funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim. Claimant reserves all rights to challenge the in rem jurisdiction of this Court and the propriety of venue of this action.

DATED:  November 18, 2019         Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:     */s/ Gopi K. Panchapakesan*
             Gopi K. Panchapakesan
       Attorneys for John Brunst

## VERIFICATION OF CLAIM

I, John Brunst, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

DATED: November 17, 2019

_____
John Brunst