Thomas H. Bienert, Jr. (CA State Bar No. 135311)
tbienert@bienertkatzman.com
Whitney Z. Bernstein (CA State Bar No. 304917)
wbernstein@bienertkatzman.com
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
*Counsel for James Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Approximately $518,172.92 In Bank Funds Seized From Wells Fargo Bank Account '4455,<br><br>　　　　　Defendant. | Case No. 2:19-cv-07048-RGK (PJW)<br><br>**JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Claimant James Larkin ("Larkin"), Troy Larkin ("T. Larkin"), and Ramon Larkin ("R. Larkin) (collectively, the "Claimants") hereby submit this Verified Claim asserting ownership interests in seized funds.

On August 13, 2019, a Verified Complaint for Forfeiture ("Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

- Approximately $518,172.92 In Bank Funds Seized From Wells Fargo Bank Account '4455.

(*See* Doc. 1.)

Claimants hereby assert their ownership interests in the entirety of the Subject Funds. Claimants are stockholders in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

As set forth in more detail in the claim filed by Medalist and its subsidiaries, Claimants are third-party beneficiaries of a series of contracts entered into in April 2015 among the Medalist subsidiaries and: Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other affiliates of Borrowers (collectively, "Guarantors"). Claimants have the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors. Those obligations are secured by security interests in the assets of Pledgors (the "Collateral"). On information and belief, the Subject Funds are a part of the Collateral. On information and belief, the sums owed for advancement and indemnification exceed the value of the Collateral.

The security interests in the Collateral securing the obligations to the Claimants is a legally recognizable interest in the Subject Funds, giving Claimants a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds. Under any applicable community property principles, Claimant James Larkin's legal spouse, Margaret Larkin ("M. Larkin"), also asserts a superior right, title, and interest in the Subject Funds superior to the government's interest. Accordingly, the Claimants, and M. Larkin where applicable, have a superior right, title, and interest in the Subject Funds over any and all interest asserted by the government in such funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure,

1  Claimant expressly limits his appearance to asserting and defending his claim.  Claimant
2  reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of
3  venue of this action.

5  Dated: November 18, 2019                    Respectfully submitted,

6                                              /s/ *Whitney Z. Bernstein*
                                               Whitney Z. Bernstein
7                                              Thomas H. Bienert, Jr.
8                                              BIENERT | KATZMAN PC
                                               Attorneys for James Larkin

## VERIFICATION OF CLAIM

I, James Larkin, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/18/2019

_____
James Larkin
JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

## VERIFICATION OF CLAIM

I, Troy Larkin, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/18/2019  _____
Troy Larkin

## VERIFICATION OF CLAIM

I, Ramon Larkin, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/18/19  _____
Ramon Larkin

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on November 18, 2019, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN J. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:      November 18, 2019
            San Clemente, CA

                    */s/ Toni Thomas*
                    Toni Thomas

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY